UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN M. SMITH,

       Plaintiff,                      Case No. 1:21-cv-834

v.                                         Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**JUDGMENT**

In accordance with the Stipulation and Order of Remand filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Stipulation and Order of Remand.

**IT IS SO ORDERED.**

Dated:  April 21, 2022                /s/ Ray Kent_____
                                          RAY KENT
                                          United States Magistrate Judge